# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MCCORMICK MILE INVESTMENTS, LLC,** a Florida Limited Liability
Company, et al.,
Appellants,

v.

**LAURENCE K. BARNES,** as Trustee of **THE LAURENCE K. BARNES
REVOCABLE TRUST** u/a/d **09/15/2005,** et al.,
Appellees.

No. 4D21-2357

[November 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2020-CA-
004136-MB.

Ricardo A. Reyes and Sacha A. Boegem of Tobin & Reyes, P.A., Boca
Raton, for appellants.

Peter D. Webster of Carlton Fields, P.A., Tallahassee, and Christopher
W. Smart of Carlton Fields, P.A., Tampa, for appellees.

PER CURIAM.

*Affirmed. See Travis Co. v. City of Coral Gables*, 153 So. 2d 750 (Fla.
3d DCA 1963).

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***